961 A.2d 54

COMMONWEALTH of Pennsylvania, Respondent

v.

Earl WILSON, Petitioner.

Supreme Court of Pennsylvania.

Nov. 19, 2008.

## ORDER

PER CURIAM.

AND NOW, this 19th day of November 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether the Superior Court erred and misapply the appellate standard of review set forth in *Commonwealth v. Walls,* 592 Pa. 557, 926 A.2d 957 (2007) when it vacated the judgment of sentence and remanded for re-sentencing?